1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  ALISHA SMITH,

11              Plaintiff,

12        v.

13  PICK-N-PULL, *et al.*,

14              Defendants.

CASE NO. 3:20-cv-06124-RJB

REPORT AND RECOMMENDATION

NOTED FOR: April 23, 2021

15

16    Plaintiff's *in forma pauperis* ("IFP") motion is before the Court on referral pursuant to 28

17 U.S.C. § 636 and this Court's Amended General Order 02-19.

18    Plaintiff initiated this matter in November 2020. *See* Dkt. 1; *see also* Dkt. 4. The Court

19 reviewed her IFP motion and issued a show cause order in December 2020. *See* Dkt. 5. The

20 Court explained that although plaintiff appeared to qualify financially to proceed IFP, her

21 proposed complaint failed to state a claim upon which relief could be granted and was subject to

22 dismissal. *See* Dkt. 5, at 1. The Court explicitly warned plaintiff that failure to comply with the

23 order by amending her proposed complaint to correct the deficiencies identified in the show

24

cause order would result in a recommendation to dismiss the matter without prejudice. Dkt. 5, at 6.

Plaintiff failed to comply with the Court's deadline to amend her proposed complaint by January 15, 2021. *See* Dkt. Plaintiff requested an unspecified amount of additional time in which to comply (Dkt. 6), and the Court granted her request, extending the deadline by approximately two months, to March 16, 2021. *See* Dkt. 7. However, plaintiff has not complied with the amended deadline, which has now expired. Indeed, she has not taken any action in this case since requesting the extension and has never filed an amended proposed complaint, despite being directed to do so by the Court.

Therefore, the Court recommends that the IFP motion (Dkt. 4) should be denied and that this matter should be dismissed without prejudice for failure to comply with a Court order. The Clerk's Office should mail a copy of this Report and Recommendation to plaintiff.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **April 23, 2021,** as noted in the caption.

Dated this 1st day of April, 2021.

J. Richard Creatura
Chief United States Magistrate Judge